# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 14, 2022

Clerk
United States Court of Appeals
  for the Sixth Circuit
540 Potter Stewart United States Courthouse
100 E. Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Nov 14, 2022
DEBORAH S. HUNT, Clerk

      Re:  Saad Sakkal
           v. United States,
           No. 22-84 (Your docket No. 20-3880)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

      Sincerely,

      SCOTT S. HARRIS, Clerk

      By

      M. Altner
      Judgments/Mandates Clerk

Enc.
cc:   All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 14, 2022

Mr. Lawrence Saul Robbins, Esq.
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
28th Floor
New York, NY 10036-6516

Mrs. Elizabeth B. Prelogar
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

    Re:  Saad Sakkal
           v. United States,
           No. 22-84

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Sixth Circuit.

    Sincerely,

    SCOTT S. HARRIS, Clerk

    By

    M. Altner
    Judgments/Mandates Clerk

cc:  Clerk, U.S. Court of Appeals for the Sixth Circuit
     (Your docket No. 20-3880)

# Supreme Court of the United States

No. 22–84

SAAD SAKKAL,

Petitioner

v.

UNITED STATES

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Sixth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of *Xiulu Ruan* v. *United States*, 597 U.S. ___ (2022).

October 11, 2022

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States