**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 28, 2022

Mr. Mitchell W. Allen
Allen Law Office
8469 Mason Montgomery Road
Suite 2
Mason, OH 45040

Mr. Paul Croushore
P.O. Box 75170
Cincinnati, OH 45275-0000

Mr. Kevin Koller
Office of the U.S. Attorney
221 E. Fourth Street, Suite 400
Cincinnati, OH 45202

Re:  Case No. 20-3880, *USA v. Saad Sakkal*
Originating Case No. : 1:18-cr-00088-1

Dear Counsel,

As you are aware, the Supreme Court has remanded this case to the Sixth Circuit for further consideration in light of *Xiulu Ruan v. United States*, 597 U.S. ___ (2022).

The panel directs you to file supplemental merits briefs limited to the issues arguably affected by the *Ruan* decision, including among others whether or not the appellant has forfeited reliance on a *Ruan*-related argument by not raising such an argument in his prior appellate briefing

to our court, and whether or not any *Ruan*-related error that may have occurred was nonetheless harmless.

Appellant's brief must be filed no later than 5:00 p.m. on December 12, 2022 with Appellee's brief due no later than 5:00 p.m. on December 27, 2022.

Thank you for your attention in this matter.

    Sincerely yours,

    s/Cathryn Lovely
    Opinions Deputy for Deborah S. Hunt, Clerk